CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

U.S. Electronics, Inc.       )
                             )
                             )
         Plaintiff           )
                             )
      v.                     )     Civil Action No. _____
Federal Communications       )
Commission                   )
         Defendant           )
                             )
                             )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  U.S. Electronics, Inc., Plaintiff, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  U.S. Electronics, Inc.  , which have any outstanding securities in the hands of the public.   None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Charles H. Helein*
Signature

81281
Bar Identification Number

Charles H. Helein
Print Name
Helein & Marashlian, LLC
1483 Chain Bridge Rd., Ste 301
Address

McLean         VA         22101
City           State      Zip

703-714-1301
Telephone Number