AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. Electronics, Inc.
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Federal Communications Commission
    Defendant

Case: 1:08-cv-00835
Assigned To : Walton, Reggie B.
Assign. Date : 5/14/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles H. Helein
Helein & Marashlian, LLC
1483 Chain Bridge Road
Suite 301
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

MAY 14 2008
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Electronics, Inc. <br><br> **Plaintiff** <br><br> v. <br><br> Federal Communications Commission <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00835 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Attorney General Michael B. Mukasey in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 15, 2008 at 12:10 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Attorney General Michael B. Mukasey at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Room BLL/206, Washington, DC 20530-0001 by serving Willo T. Lee, General Clerk, authorized to accept. Described herein:

Gender: Female    Race/Skin: Black    Hair: Brown    Age: 58    Height: 5'8"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-16-08
Executed on:

*Wesley Jennings*
Wesley Jennings
CAPITOL PROCESS & INVESTIGATOR
SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050