AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. Electronics, Inc.
    Plaintiff

SUMMONS IN A CIVIL CASE

V.

Federal Communications Commission
    Defendant

CASE:
Case: 1:08-cv-00835
Assigned To : Walton, Reggie B.
Assign. Date : 5/14/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

~~[redacted]~~

Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles H. Helein
Helein & Marashlian, LLC
1483 Chain Bridge Road
Suite 301
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

MAY 14 2008
DATE

_(By) DEPUTY CLERK_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Electronics, Inc. <br><br> **Plaintiff** <br><br> v. <br><br> Federal Communications Commission <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00835 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Federal Communications Commission in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 15, 2008 at 12:25 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Federal Communications Commission at 445 12th Street, SW, Washington, DC 20554 by serving Ashley Bennett, Automation Clerk, authorized to accept. Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Age: 32    Height: 5'7"    Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-16-08
Executed on:

Wesley Jennings
CAPITOL PROCESS & INVESTIGATOR
SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002195                                                                                          Client Reference: N/A

CAPITOL PROCESS & INVESTIGATOR SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. Electronics, Inc.
    Plaintiff

          V.

Federal Communications Commission
    Defendant

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00835
Assigned To : Walton, Reggie B.
Assign. Date : 5/14/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)
Jeffrey A. Taylor
U.S. Attorney
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles H. Helein
Helein & Marashlian, LLC
1483 Chain Bridge Road
Suite 301
McLean, VA 22101

an answer to the complaint which is served on you with this summons, within  30  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      **MAY 14 2008**
CLERK                                                         DATE

_(signature)_
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. Electronics, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-00835 |
| v. | ) |
| Federal Communications Commission | ) |
| | ) |
| **Defendant** | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Jeffrey A. Taylor, U.S. Attorney in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 15, 2008 at 4:03 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Injunctive Relief for Violation of the Freedom of Information Act, Exhibits A-G and Certificate Under LCvR 7.1 on Jeffrey A. Taylor, U.S. Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Correspondence Clerk, authorized to accept. Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 32    Height: 5'10"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-16-08
Executed on:

Ambiko Guice
CAPITOL PROCESS & INVESTIGATOR SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002197                                                                                        Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050