UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. ELECTRONICS, INC.,<br>105 Madison Avenue,<br>New York, NY 10016,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br>445 12th Street, S.W.,<br>Washington, DC 20554,<br><br>    Defendant. | Civil Action No. 08-00835 (RBW) |

### **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov