UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
U.S. ELECTRONICS, INC.,              )
                                    )
    Plaintiff,                       )
                                    )
    v.                               )   Civil Action No. 08-0835 (RBW)
                                    )
FEDERAL COMMUNICATIONS               )
COMMISSION,                          )
                                    )
    Defendant.                       )
_____)

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Michael A. Krasnow as co-counsel for Defendant Federal Communications Commission in the above-captioned case.

Respectfully submitted,

_____/s/_____
MICHAEL A. KRASNOW, D.C. Bar #474647
Federal Communications Commission
Office of General Counsel
445 12th St., S.W.
Washington, D.C. 20554
(202) 418-7924
Michael.krasnow@fcc.gov